**Case nos. 2015-1030, -1031, -1032, -1035, -1036**

IN THE

# United States Court of Appeals
# for the Federal Circuit

MORRIS REESE,

*Plaintiff-Appellant,*

—v.—

SPRINT NEXTEL CORPORATION,

*Defendant-Appellee.*

_____

2015-1030

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA, CASE NO. 2:13-CV-03811-ODW-PLA
THE HONORABLE OTIS D. WRIGHT, II, JUDGE PRESIDING.
*(CAPTION CONTINUED ON NEXT PAGE)*

**UNOPPOSED MOTION OF PLAINTIFF-APPELLANT FOR 30-DAY
EXTENSION OF TIME FOR FILING INITIAL BRIEF**

ANDREW J. DHUEY
456 BOYNTON AVENUE
BERKELEY, CALIFORNIA  94707
(510) 528-8200

*Attorney for Plaintiff-Appellant,
Morris Reese*

4 DECEMBER 2014

MORRIS REESE,

*Plaintiff-Appellant,*

—v.—

TRACFONE WIRELESS, INC.,
ERRONEOUSLY SUED AS TRACFONE WIRELESS SERVICES INC.,

*Defendant-Appellee.*

———————

2015-1031

———————

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA, CASE NO. 2:13-CV-05196-ODW-PLA
THE HONORABLE OTIS D. WRIGHT, II, JUDGE PRESIDING.

———————

MORRIS REESE,

*Plaintiff-Appellant,*

—v.—

T-MOBILE USA, INC.,

*Defendant-Appellee.*

———————

2015-1032

———————

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA, CASE NO. 2:13-CV-05199-ODW-PLA
THE HONORABLE OTIS D. WRIGHT, II, JUDGE PRESIDING.

*(CAPTION CONTINUED ON NEXT PAGE)*

MORRIS REESE,

*Plaintiff-Appellant,*

—v.—

VERIZON WIRELESS SERVICES LLC, ERRONEOUSLY SUED AS CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,

*Defendant-Appellee.*

———————

2015-1035

———————

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, CASE NO. 2:13-CV-05197-ODW-PLA
THE HONORABLE OTIS D. WRIGHT, II, JUDGE PRESIDING.

———————

MORRIS REESE,

*Plaintiff-Appellant,*

—v.—

AT&T MOBILITY II LLC,

*Defendant-Appellee.*

———————

2015-1036

———————

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, CASE NO. 2:13-CV-05198-ODW-PLA
THE HONORABLE OTIS D. WRIGHT, II, JUDGE PRESIDING.

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Morris Reese　　v.　　Sprint Nextel Corp. et al.

No. 2015-1030

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Morris Reese, Appellant certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Morris Reese

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Andrew J. Dhuey　　　　Corby R. Vowell, Friedman Suder & Cooke, P.C.
Shirley A. Henderson

　4 December 2014　　　　　　　　/s/ Andrew J. Dhuey
　　　　Date　　　　　　　　　　　　Signature of counsel
　　　　　　　　　　　　　　　　　　Andrew J. Dhuey
　　　　　　　　　　　　　　　　　　Printed name of counsel

Please Note: All questions must be answered
cc: _____

**REQUEST FOR EXTENSION OF TIME TO FILE INITIAL BRIEF**

Plaintiff-Appellant Morris Reese respectfully moves for a 30-day extension of time to file his initial brief. Counsel for Reese, Andrew J. Dhuey, has informed counsel for Defendants-Appellees of his intention to file this motion. All Defendants state that they take no position on this motion, though they reserve the right to object once they see the motion as-filed.

The current deadline for the filing of Reese's initial brief is **Monday, 8 December 2014**. Reese seeks a **30-day** extension, which would extend the deadline to **Wednesday, 7 January 2015**. The reason for this extension request is that Reese's counsel has recently been invited by the petitioner in *Commil USA, LLC v. Cisco Sys., Inc.*, Supreme Court Case No. 13-896, to make a representation proposal. *See* Dhuey Decl., *infra*. The U.S. Solicitor General has recommended that the Supreme Court grant *certiorari* in the case on the first question presented. Commil's petition has been distributed for the Supreme Court's conference tomorrow, Friday, 5 December 2014. No party has previously made any time extension requests in this case.

Reese's counsel respectfully request that he be able to devote his time in the next week to the *Commil* matter – an important patent case that divided this Court 6-5 on Commil's petition for rehearing *en banc*. *Commil USA, LLC v. Cisco Sys.*, 737 F.3d 699 (Fed. Cir. 2013) (denial of *en banc* petition and accompanying

1

dissenting opinions). Reese does not expect to file any additional extension requests.

Furthermore, the Court is presently considering Reese's petition for *en banc* hearing in this case. An initial panel brief could potentially be superfluous if the Court were to grant Reese's petition and order *en banc* merits briefing that is limited to purely legal issues. This is an additional reason to grant this extension request.

                                           Respectfully submitted,

Dated: 4 December 2014         /s/ Andrew J. Dhuey
                                          456 Boynton Avenue
                                          Berkeley, California 94707
                                          (510) 528-8200

                                          *Attorney for Plaintiff-Appellant,*
                                          *Morris Reese*

## DECLARATION OF ANDREW J. DHUEY

On 18 November 2014, counsel for the petitioner in *Commil USA, LLC v. Cisco Sys., Inc.*, Supreme Court Case No. 13-896, contacted me to discuss that case and Commil's search for counsel to argue before the Supreme Court. Over the course of the subsequent two weeks, Commil's counsel expressed an interest in hiring me to be Commil's Supreme Court counsel.

I consider it very likely that the Supreme Court will grant at least partial review of *Commil* after tomorrow's conference. Should this occur, I expect that I will travel to Dallas within the next two weeks to make a representation presentation to Commil's counsel. In order to do that effectively, I would need to devote to *Commil* almost all of my available professional time in the next two weeks. I would be most grateful if the Court would grant this short extension request so that I may work on this extraordinary professional opportunity.

On this 4th day of December, 2014, I declare under penalty of perjury (28 U.S.C. § 1746) that the foregoing is true and correct.

By:   /s/ Andrew J. Dhuey

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  4 December 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| Andrew J. Dhuey | /s/ Andrew J. Dhuey |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm 

Address  456 Boynton Avenue

City, State, ZIP  Berkeley, CA 94707

Telephone Number  (510) 528-8200

FAX Number 

E-mail Address  ajdhuey@comcast.net

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.